UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn Clarke Spottswood,　　　　　　　　　　　Civ. No. 24-224 (JWB/ECW)

　　　　　　Plaintiff,

v.

　　　　　　　　　　　　　　　　　　　　　　　　**ORDER ACCEPTING**
Washington County, MN, *official capacity*;　　**REPORT AND RECOMMENDATION**
and Zoom Inc., *individual and official*　　　　　　**OF MAGISTRATE JUDGE**
*capacity*,

　　　　　　Defendants.

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on June 17, 2024. (Doc. No. 12.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

　　1.　　The June 17, 2024 Report and Recommendation (Doc. No. 12) is **ACCEPTED**;

　　2.　　The Amended Complaint (Doc. No. 11) is **DISMISSED WITHOUT PREJUDICE** to the extent that it seeks claims for injunctive relief.

　　3.　　The remainder of this action is **STAYED** pending the final resolution of

Plaintiff Shawn Clarke Spottswood's Washington County state court criminal proceedings challenged by the Amended Complaint.

4. Plaintiff Shawn Clarke Spottswood is ordered to inform this Court within 30 days after the Washington County state court matter challenged by the Amended Complaint concludes (including any appeals) by filing an appropriate notice in this action's docket.

5. The Clerk of Court is directed to send a certified copy of this Order to the Washington County District Court, Tenth Judicial District.

Date: July 11, 2024                         _s/ Jerry W. Blackwell_____
                                            JERRY W. BLACKWELL
                                            United States District Judge