UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawn Clarke Spottswood,<br><br>        Plaintiff,<br><br>v.<br><br>Washington County, MN, *Official Capacity*; and Zoom Inc., *Individual and Official Capacity*,<br><br>        Defendants. | Civ. No. 24-224 (JWB/SGE)<br><br>**ORDER ACCEPTING<br>REPORT AND RECOMMENDATION<br>OF MAGISTRATE JUDGE** |

United States Magistrate Judge Shannon G. Elkins issued a Report and Recommendation ("R&R") on March 26, 2025. (Doc. No. 17.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

    1.    The March 26, 2025 Report and Recommendation (Doc. No. 17) is **ACCEPTED**; and

    2.    Plaintiff Shawn Clarke Spottswood's Amended Complaint (Doc. No. 11) is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 15, 2025                               *s/ Jerry W. Blackwell*
                                                          JERRY W. BLACKWELL
                                                          United States District Judge